UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 29 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ANGEL MENDEZ; JENNIFER LYNN GARCIA,<br><br>                Plaintiffs-Appellees,<br><br> v.<br><br>COUNTY OF LOS ANGELES; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT,<br><br>                Defendants,<br><br> and<br><br>CHRISTOPHER CONLEY, Deputy; JENNIFER PEDERSON,<br><br>                Defendants-Appellants. | No.   13-56686<br><br>D.C. No.<br>2:11-cv-04771-MWF-PJW<br>Central District of California, Los Angeles<br><br>ORDER |
| ANGEL MENDEZ; JENNIFER LYNN GARCIA,<br><br>                Plaintiffs-Appellants,<br><br> v.<br><br>COUNTY OF LOS ANGELES; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT,<br><br>                Defendants, | No.   13-57072<br><br>D.C. No.<br>2:11-cv-04771-MWF-PJW |

and

CHRISTOPHER CONLEY, Deputy;
JENNIFER PEDERSON,

              Defendants-Appellees.

Before: GOULD and BERZON, Circuit Judges, and STEEH,[*] District Judge.

The parties shall file supplemental letter briefs addressing whether the damages in this case were proximately caused by the warrantless entry. In doing so, parties should limit themselves to assessing whether the deputies' failure to secure a warrant at the outset was a proximate cause of the shooting injuries. The parties should specifically address the "foreseeability or the scope of the risk created by the predicate conduct" as required by *Cty. of Los Angeles. v. Mendez*, 137 S. Ct. 1539, 1548-49 (2017).

Parties shall file simultaneous letter briefs on or before twenty-one (21) days from the filed date of this order. The briefs shall not exceed ten (10) pages (double-spaced) or 2,800 words and may be in the form of letters to the clerk of this court. Parties who are registered for ECF must file the supplemental brief electronically without submission of paper copies. Parties who are not registered ECF filers must file the original supplemental brief plus 15 paper copies.

---

[*]     The Honorable George Caram Steeh III, United States District Judge for the Eastern District of Michigan, sitting by designation.