UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 25 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ANGEL MENDEZ; JENNIFER LYNN GARCIA, | No.   13-56686 |
| Plaintiffs-Appellees, | D.C. No. 2:11-cv-04771-MWF-PJW Central District of California, Los Angeles |
| v. | |
| COUNTY OF LOS ANGELES; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, | ORDER |
| Defendants, | |
| and | |
| CHRISTOPHER CONLEY, Deputy; JENNIFER PEDERSON, | |
| Defendants-Appellants. | |

| | |
|---|---|
| ANGEL MENDEZ; JENNIFER LYNN GARCIA, | No.   13-57072 |
| Plaintiffs-Appellants, | D.C. No. 2:11-cv-04771-MWF-PJW |
| v. | |
| COUNTY OF LOS ANGELES; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, | |
| Defendants, | |
| and | |

CHRISTOPHER CONLEY, Deputy;
JENNIFER PEDERSON,

                    Defendants-Appellees.

Before:  GOULD and BERZON, Circuit Judges, and STEEH,* District Judge.

     The ACLU of Southern California's Motion for Leave to File Supplemental Letter Brief as Amicus Curiae in support of Plaintiffs-Appellees is GRANTED. The Clerk is directed to file the brief that was received on October 20, 2017.  Any party may reply within 10 days of the filed date of this order.  Any reply brief shall not exceed ten (10) pages (double-spaced) or 2,800 words and may be in the form of letters to the clerk of this court.

---

    *    The Honorable George Caram Steeh III, United States District Judge for the Eastern District of Michigan, sitting by designation.