UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 15 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ANGEL MENDEZ; JENNIFER LYNN GARCIA, <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> COUNTY OF LOS ANGELES; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, <br><br> Defendants, <br><br> and <br><br> CHRISTOPHER CONLEY, Deputy; JENNIFER PEDERSON, <br><br> Defendants-Appellants. | No. 13-56686 <br><br> D.C. No. 2:11-cv-04771-MWF-PJW <br> Central District of California, Los Angeles <br><br> ORDER |
| ANGEL MENDEZ; JENNIFER LYNN GARCIA, <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> COUNTY OF LOS ANGELES; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, <br><br> Defendants, <br><br> and | No. 13-57072 <br><br> D.C. No. 2:11-cv-04771-MWF-PJW |

CHRISTOPHER CONLEY, Deputy;
JENNIFER PEDERSON,

        Defendants-Appellees.

Before: GOULD and BERZON, Circuit Judges, and STEEH,[*] District Judge.

The ACLU of Southern California's Motion to File Supplemental Letter Brief as Amicus Curiae, dated 2/13/2018, is GRANTED. The Clerk is directed to file the brief that was received on that date.

---

[*] The Honorable George Caram Steeh III, United States District Judge for the Eastern District of Michigan, sitting by designation.